UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,

                            Plaintiff,

    -against-

GOPAL AGRAWAL,

                            Defendant.
-------------------------------------------------------------X

Civil Action No.: 05-CV-2768 (CBA) (SMG)

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 1 9 2005 ★

P.M. _____
TIME A.M. _____

**S I R S:**

It is hereby stipulated and agreed to among the counsel for the parties to the above action that plaintiff's Complaint is hereby dismissed with prejudice, said dismissal to be without costs to any party.

Dated: Uniondale, New York
        September 15, 2005

**RIVKIN RADLER LLP**

BY: _____
Norman L. Tolle (NLT5081)
Attorney for ~~Defendant~~ Massachusetts
Mutual Life Insurance Company
926 EAB Plaza
Uniondale, New York 11556-0926

**TRIEF & OLK**

BY: _____
Ted Trief, Esq.
Trief & Olk
150 East 58th Street
New York, NY 10155

**SO ORDERED**

10/18/05 /s/ HON. CAROL B. AMON
_____
Carol Amon
United States District Judge

1887163 v1